UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| BLOOD SYSTEMS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> AMERICAN CUSTOM COACH, INC., <br><br> Defendant. | Case No. 2:10-cv-8134 RGK (FFM) <br><br> [PROPOSED] ORDER GRANTING MOTION TO CONFIRM ARBITRATION AWARD AND ENTER JUDGMENT THEREON |

Having considered plaintiff Blood Systems, Inc.'s Motion to Reopen for the Purpose of Confirming Arbitration Award, and good cause appearing,

IT IS ORDERED:

1: The arbitration award entered against defendant American Custom Coach, Inc. on March 12, 2012 by Arbitrator Richard P. Byrne of the Commercial Arbitration Tribunal of the American Arbitration Association is hereby confirmed.

2. The Clerk shall enter judgment in favor of plaintiff Blood Systems, Inc. and against defendant American Custom Coach, Inc. in the principal amount of $364,215.43, plus post-judgment interest as set forth in 28 U.S.C. § 1961.

DATED: 05·16·2012

_____
The Honorable R. Gary Klausner

2838559.1